**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: January 19, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   MARK A. PAYTON                                                        CASE NO. 06-10795
   558 GLENWOOD AVENUE                                        (CHAPTER 13)
   NEW BOSTON, OH 45662                                        BURTON PERLMAN

            Debtor
SSN(1) XXX-XX-8720

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―

ORDER OF DISMISSAL OF DEBT ADJUSTMENT PLAN

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―

    This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss for FAILURE to file documents.

    IT IS ORDERED that the Chapter 13 petition and plan of the Debtor be dismissed.

    IT IS FURTHER ORDERED that the creditors listed on the schedules of the Debtor be notified of the dismissal and that the Trustee pay out any funds in her possession to the Debtor's estate in care of Debtor's Counsel minus administrative costs.

    SO ORDERED

COPIES TO:

All Creditors and Parties in Interest

                                                                       # # #